SLIP OPINION



Cite as 2013 Ark. 472

# SUPREME COURT OF ARKANSAS

| | |
|---|---|
| IN RE APPOINTMENT OF NEW MEMBERS TO THE SUPREME COURT COMMITTEE ON PROFESSIONAL CONDUCT EFFECTIVE JANUARY 1, 2014 | **Opinion Delivered** November 14, 2013 |

## PER CURIAM

The second terms of Helen Herr of Little Rock (non-attorney, at-large member on Committee Panel A) and Beverly Morrow of Little Rock (non-attorney, at-large member on Committee Panel C), and the first terms of Danyelle Walker of Little Rock (at-large attorney member of Panel A) and Barry Deacon of Jonesboro (First Congressional District attorney member of Panel B) all expire December 31, 2013. The Court expresses its appreciation to them for their valuable and faithful service to the Court, the Committee, the legal profession, and the public.

Effective January 1, 2014, the Court reappoints Ms. Walker for a second six-year term in her present position on Panel A. The Court appoints the following new members: Karolyn Jones of Little Rock (non-attorney, at-large member on Committee Panel A), Michael Mullally of Jonesboro (First Congressional District attorney member of Panel B), and Sheila Brown of Pine Bluff (non-attorney, at-large member on Committee Panel C), for initial six-year terms commencing January 1, 2014, and expiring December 31, 2019. The Court expresses its appreciation to each of these new Committee members for their willingness to accept this important assignment.